# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE
_____

UNITED STATES OF AMERICA, the PEOPLE
OF THE STATE OF NEW YORK and the COUNTY
OF ONONDAGA, ex. rel. PAUL BLUNDELL,
Relator

                **Plaintiffs**

  vs.                                  **CASE NUMBER: 5:09-CV-710**
                                                      **(NAM/DEP)**

**DIALYSIS CLINIC, INC.**

                **Defendant**

_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Second Amended Complaint filed by Paul Blundell on June 1, 2010 is DISMISSED with prejudice based upon Fed. R. Civ. P. 9(b) and Fed. R. Civ. P. 12(b)(6).  This action is hereby closed.

All of the above pursuant to the Order of the Honorable Chief District Judge Norman A. Mordue, dated the 19th day of January, 2011.

DATED: January 20, 2011

                                              *(signature)*
                                              Clerk of Court


                                              s/ Melissa Ennis
                                              Melissa Ennis
                                              Deputy Clerk